UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM


FILED
NOV 3 0 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Honorable Lawrence J. O'Neill
United States District Judge
Fresno, California

        RE:    ANDRADE, Armando
                Docket Number: 1:11CR00274-09 LJO
                <u>ORDER FOR RECONVEYANCE OF U.S.
                PASSPORT</u>

Your Honor:

*[handwritten: Mexico Passport # 088420745 64]*

The probationer was authorized travel to Mexico on November 6, 2012, by Your Honor. At this time he is seeking to obtain his U.S. Passport from the Court Clerk's office for same. As a result, a court order is required. Mr. Andrade will be traveling to Mexico by vehicle on December 20, 2012, for approximately 4 weeks, to visit his ailing mother. As he has been previously approved to do so, it is the request of the U.S. Probation Office that his U.S. Passport be reconveyed to him via Your Honor's order.

                Respectfully Submitted,

                */s/ Robert A. Ramirez*

                **Robert A. Ramirez**
                **Supervisory United States Probation Officer**

**DATED:**    November 30, 2012
              Fresno, California

Rev. 05/2006



**RE:   ANDRADE, Armando
      Docket Number:  1:11CR00274-09 LJO
      <u>PERMISSION TO RECONVEY U.S. PASSPORT</u>**

---

**ORDER OF THE COURT:**

Mexico Passport # 088420074564

It is hereby ordered that Mr. Armando Andrade's U.S. Passport be returned to him.

Approved ✓ _____          Disapproved _____

11-29-2012                         _____
Date                               Lawrence J. O'Neill
                                   **United States District Judge**

Rev. 05/2006

```
MIME-Version:1.0
From:caed_cmecf_helpdesk@caed.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Gary L Huss (husslers1947@yahoo.com, janet@huss4law.com), Henry
Zazueta Carbajal, III (donna.mccloskey@usdoj.gov, henry.carbajal@usdoj.gov,
susan.sok@usdoj.gov, usacae.ecffrsgen@usdoj.gov), Eric K Fogderude
(efogderude1@yahoo.com), Julius M. Cruz (jcruz@sawllaw.com), Peter Michael Jones
(ecfclerk@joneshelsley.com, jvillacorta@joneshelsley.com, pjones@joneshelsley.com),
James R. Homola (jrhomola@yahoo.com, mdlust_99@yahoo.com), John Frederick Garland
(johnfgarland@sbcglobal.net), Marc Days (caefr_ecf@fd.org, dene_sorensen@fd.org,
marc_days@fd.org), Grant Benjamin Rabenn (grant.rabenn@usdoj.gov,
lynette.dixon@usdoj.gov, usacae.ecffrsgen@usdoj.gov), Fresno Forfeiture Unit
(usacae.ecffrsfor@usdoj.gov), David J. Cohen (djcohen@bayareacrimlaw.com), Martin
Taleisnik (cgonzalez@sawllaw.com, lsandoval@sawllaw.com, mtaleisnik@sawllaw.com),
Barbara Hope O'Neill (tajfalaw@yahoo.com), Daniel A. Bacon (dbaconlaw@aol.com),
District Judge Lawrence J. O'Neill (bmcauliffe@caed.uscourts.gov,
caed_cmecf_ljodj@caed.uscourts.gov, ggreen@caed.uscourts.gov,
ilira@caed.uscourts.gov, mgiacomazzi@caed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<4909109@caed.uscourts.gov>
Subject:Activity in Case 1:11-cr-00274-LJO USA v. Casarez et al Collateral Received
```
Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### Eastern District of California - Live System

### Notice of Electronic Filing

The following transaction was entered on 9/2/2011 at 9:48 AM PDT and filed on 9/2/2011
**Case Name:**     USA v. Casarez et al
**Case Number:**   1:11-cr-00274-LJO
**Filer:**
**Document Number:** 83(No document attached)

### Docket Text:
**COLLATERAL RECEIVED as to Armando Treyes Andrade: Mexican Passport from Armando Treyes Andrade, 08842074564. (Martin-Gill, S)**

**1:11-cr-00274-LJO-9 Notice has been electronically mailed to:**