UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Lawrence J. O'Neill<br>United States District Judge<br>Fresno, California | **RE:  ARMANDO TREYES ANDRADE**<br>**Docket Number:  1:11CR00274-009**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Armando Treyes Andrade is requesting permission to travel to Manzanillo, Mexico.  Armando Treyes Andrade is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On August 6, 2012, Armando Treyes Andrade was sentenced for the offense of 18 USC 371, Conspiracy to Unlawfully Produce and Transfer Identification Documents.

**Sentence Imposed:**  36 months probation, $100 Special Assessment.

**Dates and Mode of Travel:**  January 17, 2014 – February 16, 2014, via Volaris Airlines.

**Purpose:**  Visit his sick mother.

RE: **ARMANDO TREYES ANDRADE**
    **Docket Number:  1:11CR00274-009**
    **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Tim D. Mechem

**TIM D. MECHEM**
**Senior United States Probation Officer**

Dated:   December 18, 2013
         Fresno, California
         TDM:JH

                    /s/ Hubert J. Alvarez
**REVIEWED BY:**    **HUBERT J. ALVAREZ**
                    **Supervising United States Probation Officer**

---

**ORDER OF THE COURT**

☒   Approved     ☐   Disapproved

IT IS SO ORDERED.

Dated:  **December 19, 2013**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE

2